# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**345**

**CA 13-00354**

PRESENT: SCUDDER, P.J., PERADOTTO, CARNI, LINDLEY, AND VALENTINO, JJ.

---

ROBERT C. RAIMONDO, PLAINTIFF-RESPONDENT,

V                                                                          ORDER

THOMAS DOUGLAS, DEFENDANT-APPELLANT.

---

VAUGHN D. LANG, SYRACUSE, D.J. & J.A. CIRANDO, ESQS. (JOHN A. CIRANDO OF COUNSEL), FOR DEFENDANT-APPELLANT.

LONGSTREET & BERRY, LLP, SYRACUSE (MICHAEL LONGSTREET OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

------------------------------------------------------------------------------------------------------------

Appeal from a judgment (denominated order) of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered May 9, 2012 in a declaratory judgment action. The judgment, among other things, granted plaintiff's motion for summary judgment.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs.

Entered:  March 21, 2014                                    Frances E. Cafarell
                                                           Clerk of the Court